FILED
RECVD 09 SEP '21 10:51 USDC-ORE

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

David Martinez Robles
*Petitioner*

v.

Oregon State Hospital
Psychiatric Security Review Board
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 6:21-cv-1327-mk
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: David Martinez Robles
   (b) Other names you have used: David M. Robles, David Robles
2. Place of confinement:
   (a) Name of institution: OSH Junction City
   (b) Address: 29398 Recovery Way
   Junction City OR 97448
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Yamhill County
   Circuit Court, McMinnville OR, 97128
   (b) Docket number of criminal case: CR110171DV
   (c) Date of sentencing: 1-25-2012
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): _Distriptiunres in PSRB Report reasons for sentence it was carried out. Never spent a day in jail and not to be released till 9 m. late_

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Yamhill County Court_
   (b) Docket number, case number, or opinion number: _CR 11017 DV_
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _Sentencing to PSRB and formal High/... Dangerous to community + the were put on 1-25-12 Why was I not arrested on 3/10/11 Bodale Reversd_
   (d) Date of the decision or action: _1-25-12_

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: ___
       (2) Date of filing: ___
       (3) Docket number, case number, or opinion number: ___
       (4) Result: ___
       (5) Date of result: ___
       (6) Issues raised: ___

   (b) If you answered "No," explain why you did not appeal: ___

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Booked & read on this crime 11 months later

(a) Supporting facts (Be brief. Do not cite cases or law.): Accident happened 3/10/11 never appeared. Petition to appear in court on 1-25-12 booked read and sentence on that day

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Never allowed to state that I stopped using any illegal drug a week prior to accident / never wrote a recovery center plan / re wrote my release

(a) Supporting facts (Be brief. Do not cite cases or law.): Labs from Yamhill County Mental Health and labs from Serenity Lane Portland

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Told I would be released to community at the Hospital Recovery Program I was not clear what was going on I was very out of the loop

(a) Supporting facts (Be brief. Do not cite cases or law.): No discharge of sentencing facts it all happened in a 2½ period Booking Court and Sentence

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Discrepancy of first resorders and what is inter cited the PSRB statements of fact

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PSRB Alige report comments dates and facts do not match. First resorders, categories or to which Mr. Rosales was struck

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Could by State to uccess a gality puter unle the PSRB any because of my illness

**Request for Relief**

15. State exactly what you want the court to do: Due turn PSRB Sentence give time served

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9-2-21

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_